# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOSE ALBERTO HERNANDEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-00746-LSC-SGC |
| ) | |
| WARDEN, ETOWAH COUNTY ) | |
| DETENTION CENTER, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On July 24, 2020, the magistrate judge entered a report recommending Jose Alberto Hernandez's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. 2241 be dismissed with prejudice. (Doc. 19). The magistrate judge advised the parties of their right to file specific written objections within fourteen days from the entry date of the report. (*Id.*). No objections have been received by the court within the time prescribed.[1]

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her

---

[1] Mail sent to Hernandez has been returned as undeliverable. (Docs. 16, 20; *see also* Docs. 17, 18). However, a search of the online database for U.S. Immigration and Customs Enforcement indicates Hernandez remains in custody at Otay Mesa Detention Facility, 7488 Calzada de la Fuenta, San Diego, California 32154.

recommendation. In accordance with the recommendation, the court finds the petition for a writ of habeas corpus is due to be dismissed with prejudice.

A separate order will be entered.

**DONE** and **ORDERED** on August 31, 2020.

_____
L. Scott Coogler
United States District Judge

160704